129 F.3d 1257
 W.P., as Representatives of a Class Pursuant to Fed. R. Civ.
P. 23(a), 23(b) (2)
v.
Peter Verniero, Attorney General of New Jersey, Jeffrey S.
Blitz, Atlantic County Prosecutor, Charles R. Buckley,
Acting Bergen County Prosecutor, Stephen G. Raymond,
Burlington County Prosecutor, Joseph F. Audino, Acting
Camden County Prosecutor, Stephen D. Moore, Cape May County
Prosecutor, Neil S. Cooper, Acting Cumberland County
Prosecutor, Clifford J. Minor, Essex County
 NO. 96-5416
 United States Court of Appeals,
Third Circuit.
 Sept 17, 1997
 Appeal From: D.N.J. ,No.95cv00098
 
 1
 Injunction terminated on conditions.
 
 
 2
 ating the disposition of each case, transmitted by the Court. Third Circuit Rules, App. 1, Internal Operating Procedures, Ch. 5, sec. 5.1, 28 U.S.C.A.)